PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
JUL - 6 2016
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16 MJ 00076 EPG |
| Plaintiff, | EX PARTE MOTION TO SEAL COMPLAINT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE; ORDER TO SEAL |
| v. | |
| BOUNTHONG "JOY" PHAPHONGHXAY. | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Complaint signed by the Court on July 1, 2016, charging violations of 21 U.S.C. § 846 and 841(a)(1), be sealed and that all charges be kept secret until the defendant named in the complaint is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the filing of the complaint or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants. Should the existence of the

1 | complaint and warrant become public, it may cause the defendant named
2 | therein to flee and/or destroy evidence.
3 | Dated: July 6, 2016      PHILLIP A. TALBERT
    Acting United States Attorney

/S/ Kathleen A. Servatius

KATHLEEN A. SERVATIUS
Assistant United States Attorney

IT IS SO ORDERED this 6th day of JULY, 2016.

_E. P. _____
UNITED STATES MAGISTRATE JUDGE

EX PARTE MOTION TO SEAL COMPLAINT; ORDER    2