| | |
|---|---|
| 1 | RYAN ROTH |
| | ATTORNEY AT LAW |
| 2 | State Bar No. 291844 |
| | 418 14th St, |
| 3 | Modesto, CA 95354 |
| | (209) 222-4447 |
| 4 | |
| 5 | Attorney for Defendant |
| | BOUNTHONG PHAPHONHXAY |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00109-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| BOUNTHONG PHAPHONHXAY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kim Sanchez, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Bounthong Phaphonhxay, that the sentencing date scheduled for February 11, 2019 at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar April 8, 2019 at 10:00 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of April 8, 2019 is agreeable with Counsel for the Government, Kim Sanchez and there is no objection to the requested continuance. Additional time is needed for receipt of letters of recommendation from family in Laos. These letters will need transcription as well.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

1

Respectfully Submitted,

Dated: January 31, 2019 /s/ Ryan Roth
Ryan Roth
Attorney for Defendant,
Bounthong Phaphonhxay

Dated: January 31, 2019 /s/ Kim Sanchez
Kim Sanchez
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS THE ORDER of the Court that the current February 11, 2019 sentencing date for BOUNTHONG PHAPHONHXAY is hereby vacated and reset to April 8, 2019 at 10:00 a.m..

IT IS SO ORDERED.

Dated: **February 1, 2019**

_____
UNITED STATES DISTRICT JUDGE