| | |
|---|---|
| 1 | RYAN ROTH |
| | ATTORNEY AT LAW |
| 2 | State Bar No. 291844 |
| | 418 14th St, |
| 3 | Modesto, CA 95354 |
| | (209) 222-4447 |
| 4 | |
| 5 | Attorney for Defendant |
| | BOUNTHONG PHAPHONHXAY |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:16-cr-00109-DAD-BAM |
| Plaintiff, | | |
| v. | | STIPULATION TO CONTINUE SENTENCING |
| BOUNTHONG PHAPHONHXAY, | | |
| Defendant. | | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Bounthong Phaphonhxay, that the sentencing date scheduled for April 8th, 2019 at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar June 24th, 2019 at 10:00 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of June 24th, 2019 is agreeable with Counsel for the Government, Kathleen Servatius and there is no objection to the requested continuance. Additional time is requested due to defense counsel's unavailability for a medical procedure.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

1

Respectfully Submitted,

Dated: April 2nd, 2019                         /s/ Ryan Roth
                                               Ryan Roth
                                               Attorney for Defendant,
                                               Bounthong Phaphonhxay

Dated: April 2nd, 2019                         /s/ Kathleen Servatius
                                               Kathleen Servatius
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS THE ORDER of the Court that the current April 8th, 2019 sentencing date for BOUNTHONG PHAPHONHXAY is hereby vacated and reset to June 24th, 2019 at 10:00 a.m..

IT IS SO ORDERED.

Dated: **April 2, 2019**                       _Dale A. Drozd_
                                               UNITED STATES DISTRICT JUDGE

2