| | |
|---|---|
| 1 | ROTH LEGAL, A PROFESSIONAL LAW CORPORATION |
| 2 | Ryan Roth<br>State Bar No. 291844 |
| 3 | 418 14th St,<br>Modesto, CA 95354 |
| 4 | (209) 222-4447 |
| 5 | Attorney for Defendant<br>BOUNTHONG PHAPHONHXAY |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOUNTHONG PHAPHONHXAY,<br><br>Defendant. | Case No. 1:16-cr-00109-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Bounthong Phaphonhxay, that the sentencing date scheduled for September 30th, 2019 at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar December 2nd, 2019 at 10:00 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of December 2nd, 2019 is agreeable with Counsel for the Government, Kathleen Servatius and there is no objection to the requested continuance. Additional time is requested for to defense counsel's follow-up medical procedure.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

1

Respectfully Submitted,

Dated: September 23rd, 2019         /s/ Ryan Roth
                                    Ryan Roth
                                    Attorney for Defendant,
                                    Bounthong Phaphonhxay

Dated: September 23rd, 2019         /s/ Kathleen Servatius
                                    Kathleen Servatius
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS THE ORDER of the Court that the current September 30th, 2019 sentencing date for BOUNTHONG PHAPHONHXAY is hereby vacated and reset to December 2nd, 2019 at 10:00 a.m..

IT IS SO ORDERED.

Dated: **September 24, 2019**       _Dale A. Drozd_
                                    UNITED STATES DISTRICT JUDGE