UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOUNTHONG JOY PHAPHONHXAY,<br><br>Defendant. | No. 1:16-cr-00109-DAD-BAM<br><br>ORDER GRANTING MOTION FOR MISCELLANEOUS RELIEF, IN PART<br><br>(Doc. No. 56) |

This matter is before the court on a *pro se* motion filed by defendant Phaphonhxay on February 28, 2022,[1] which the court construes as a motion for miscellaneous relief. (Doc. No. 56.) Defendant was sentenced by the undersigned on December 2, 2019, to a 63-month term of imprisonment to be followed by a 36 moth term of supervised release, following his plea of guilty to distribution of methamphetamine in violation of 21 U.S.C. § 841. (Doc. Nos. 50, 51, 54.) In his now pending motion, defendant requests that the court: (1) adjust his total offense level downward (and presumably reduce his sentence) on the grounds that he was a minor participant in his offense of conviction as defined by U.S. Sentencing Guideline § 3B1.2 and that the offense was a non-violent drug offense; or (2) enumerate the downward adjustments in his total offense

---

[1] Defendant's motion includes a certificate of service dated February 23, 2022, but the court received defendant's motion on February 28, 2022 and entered the motion on the docket in this action the following day, on March 1, 2022. (Doc. No. 56.)

1

level that the court applied at the time of his sentencing.  (Doc. No. 56 at 2–3.)  In this latter regard, defendant explains that when "he goes through His Sentencing Transcript with a jailhouse lawyer, the offense level is not broken down into each individual line, it only has adjusted 26 offense level point, rendering it impossible to determine what the point reductions, if any, has been granted.  (*Id*. at 2.)

The court will grant defendant's request and will set forth below the breakdown of the court's calculation of the defendant's advisory sentencing guideline range.[2]  That calculation was as follows:

| | |
|---|---|
| **Base Offense Level USSG §2D1.1(c)(3)**: | 34 |
| **Between Minor & Minimal Role USSG § 3B1.2** | -3 |
| **Acceptance of Responsibility USSG § 3E1.1** | -3 |
| **Safety Valve Relief USSG § 5C1.2** | <u>-2</u> |
| **Adjusted Offense Level:** | 26 |
| **Criminal History Category:** | I |
| **Advisory Sentencing Guideline Range:** | 63-78 months |

(See Doc. No. 54 at 3-4.)  It does not appear that any further adjustment to the court's advisory sentencing guideline calculation, which adopted defendant's position presented at the time of sentencing in every respect and with which the government agreed (*see* Doc. No. 48), is appropriate.

Accordingly,

1. Defendant's motion for miscellaneous relief (Doc. No. 56) is granted, in part;

   a. Defendant's implied request for a reduction of his sentence based upon a further downward adjustment of his total offense level under the advisory sentencing guidelines is denied;

/////

---

[2] The court would note in this regard that it sustained all of the defendant's objections to the presentence report and its advisory guideline calculation, with the government stating no opposition to the sustaining of the defense objections.  (Doc. Nos. 45, 54 at 3–4.)

b. Defendant's request for clarification from the court regarding his sentencing is granted; and

2. The Clerk of the Court is directed to serve a copy of this order on defendant at his current address of record.  (*See* Doc. No. 57.)

IT IS SO ORDERED.

Dated: **September 6, 2022**

*[signature: Dale A. Drozd]*

UNITED STATES DISTRICT JUDGE